UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGGIOLO DILONE,

                        Petitioner,

            v.                                              26-CV-6457 (DEH)

BLANCHE et al,                                             ORDER

                        Respondents.

DALE E. HO, United States District Judge:

On August 7, 2026, Petitioner filed an amended petition for writ of mandamus.  ECF No. 7.  It is hereby ORDERED that, within three weeks of the date on which Respondents appear, the Petitioner shall file a memorandum of law in support of Petitioner's request for a writ of mandamus.  The memorandum shall not exceed **fifteen** pages.  Respondents shall, within three weeks of Petitioner's filing, file a memorandum of law in opposition to the request for a writ of mandamus.  The memorandum shall not exceed **fifteen** pages.  Petitioner shall, within two weeks of Respondents' filing, file any reply memorandum that shall not exceed **eight** pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules, available at https://nysd.uscourts.gov/hon-dale-e-ho.

        SO ORDERED.

Dated: August 7, 2026
       New York, New York

                                                _____
                                                    DALE E. HO
                                                United States District Judge